**Donald R. Cowan**

3768 SE 48th PL Oklahoma City, Ok 73135
(405) 708-1756 | Cowan.Radio@gmail.com

Mark Langer – Clerk of the U.S. Court of Appeal
District of Columbia
333 Constitution Ave. NW,
Washington, DC 2001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAY 30 2024

RECEIVED

May 26, 2024

Dear Mr. Langer,

Enclosed you will find the following documents needing filing on the docket.

1. Complaint on Petition for Declaratory Judgment and Writ of Prohibition.
2. Motion for Leave to Proceed on Appeal IN FORMA PAUPERIS.
3. Motion for CM/ECF User Name and Password.

Also, the Complaint on Petition raises a Constitutional Question and needs Certification pursuant to Fed. R. App. P. 44. I included the Rule 44 and Rule 35 notice in the body of the Complaint on the first page.

Warm Regards,

**Donald R. Cowan**
PRO SE Litigant,
Plaintiff.

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
MAY 30 2024
RECEIVED

Donald R. Cowan USCA No. ______________

v.

Joel Taubenblatt USDC No. ______________

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, Donald R. Cowan, declare that I am the
(•) appellant/petitioner ( ) appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. Attach an additional sheet if necessary.*)

Article III Controversary under the "Necessary and Proper clause" of the United States Constitution challenging the Authority of the Federal Communications Comission to expand its Character Policy to include non-FCC Misconduct

Signature [signature]

Name of *Pro Se* Litigant Donald R. Cowan

Address 3768 SE 48th PL, Oklahoma City, Oklahoma 73135

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, DC 20001

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Donald R. Cowan

v.

Joel Taubenblatt

USCA No. ____________

USDC No. ____________

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: [signature]

Date: 05/26/2024

My issues on appeal are: Article III Constitutional Question under the "necessary and proper clause" of the U.S. Constitution, directly challenging the FCC Expansion of its Character Policy to include non-fcc releated misconduct.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | 0 | 0 | 0 | 0 |
| Self-employment | 0 | 0 | 0 | 0 |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | 0 | 0 | 0 | 0 |
| Interest and dividends | 0 | 0 | 0 | 0 |
| Gifts | 0 | 0 | 0 | 0 |
| Alimony | 0 | 0 | 0 | 0 |
| Child support | 0 | 0 | 0 | 0 |
| Retirement (such as social security, pensions, annuities, insurance | 0 | 0 | 0 | 0 |
| Disability (such as social security, insurance payments) | 5111.07 | 0 | 5111.07 | 0 |
| Unemployment payments | 0 | 0 | 0 | 0 |
| Public-assistance (such as welfare) | 0 | 0 | 0 | 0 |
| Other (specify): None | 0 | 0 | 0 | 0 |
| Total monthly income: | 5111.07 | 0 | 0 | 0 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | |
| | | | |

4. How much cash do you and your spouse have? 5.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Tinker Federal Credit Unioı | savings | 5.00 | 0 |
| | | | |
| | | | |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate(Value) | Motor Vehicle #1 (Value) | |
|---|---|---|---|
| $175,000 | | Value: | $30,000 |
| | | Make & Year: | 2020 Jeep |
| | | Model: | Gladiator |
| | | Registration #: | |

| Motor Vehicle #2 | | Other Assets (Value) | Other Assets (Value) |
|---|---|---|---|
| | none | | |
| Make & Year: | | | |
| Model: | | | |
| Registration #: | | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | Amount owed by spouse |
|---|---|---|---|
| Servbank | Mortgage | $115,000 | 0 |
| Crysler Capital | Auto Loan | $32000 | 0 |
| Capitalone Bank | Credit Card 1 | $500 | 0 |
| Capitalone Bank | Credit Card 2 | $750 | 0 |
| Military Star (AAFES) | Credit Card 3 | $4000 | 0 |
| | | | 0 |

8. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| Doris Cowan | Mother | 72 |
| Dennis Cowan | Father | 72 |
| | | |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $880 | 0 |

Are real-estate taxes included? ○ Yes ◉ No

Is property insurance included? ◉ Yes ○ No

| | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $1000 | 0 |
| Home maintenance (repairs and upkeep) | $500 | 0 |

| | You | Spouse |
|---|---|---|
| Food | $800 | 0 |
| Clothing | $250 | 0 |
| Laundry and dry-cleaning | $100 | 0 |
| Medical and dental expenses | 0 | 0 |
| Transportation (not including motor vehicle payments) | $450 | 0 |
| Recreation, entertainment, newspapers, magazines, etc. | 0 | 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | 0 | 0 |
| Life | 0 | 0 |
| Health | 0 | 0 |
| Motor Vehicle | $150 | 0 |
| Other: 0 | 0 | 0 |
| Taxes (not deducted from wages or included in mortgage payments) | 0 | 0 |
| (specify) 0 | | |
| Installment payments | | |
| Motor Vehicle | $780 | 0 |
| Credit card (name): Capitalone Bank | $100 | 0 |
| Department store | $200 | 0 |
| (name): Military Star (AAFES) | | |
| Other: 0 | 0 | 0 |
| Alimony, maintenance, and support paid to others | 0 | 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | 0 | 0 |
| Other(specify): 0 | 0 | 0 |
| Total monthly expenses: | $5,210 | 0 |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? ○ Yes ◉ No

If yes, describe on an attached sheet.

11. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form? ○ Yes ◉ No

If yes, how much? 0

If yes, state the attorney's name, address, and telephone number:

None

12. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

If yes, how much? Not Applicable

If yes, state the person's name, address, and telephone number:

None

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am a Disabled Veteran recieving Veterans and Social Security Disability. My elderly parrents live with me and are 100 % depenadant on my care.

14. State the city and state of your legal residence.

Oklahoma City, Oklahoma

Your daytime phone number: (405) 708-1756

Your age: 49 Your years of schooling: 16

Certificate of Service

I certify That I Submitted These Motion For leave to To the clerk of Court US Court of Appeals 333 Constitution Ave. NW Washington DC, 20001 on 5-28-2024 By US Mail

[signature]

Donald R Conley

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

OKLAHOMA CITY, OK 73129
MAY 28, 2024

20001

$9.85

RDC 03 0 Lb 7.50 Oz R2305H128182-40

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM:
Donald R Cowan
3768 SE 48th PL
Oklahoma City OK 73135

xpected delivery date specified for domestic use.
omestic shipments include $100 of insurance (restrictions apply).*
SPS Tracking® service included for domestic and many international destinations.
mited international insurance.**
/hen used internationally, a customs declaration form is required.

urance does not cover certain items. For details regarding claims exclusions see the
nestic Mail Manual at *http://pe.usps.com.*
ee International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

TO:
Clerk of Court
U.S. Court of Appeals
District of Columbia
333 Constitution AVE NW
Washington, DC 20001

LAT RATE ENVELOPE
NE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

RACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

EXPECTED DELIVERY DAY: 05/30/24

USPS TRACKING® #

9505 5152 0773 4149 5244 71

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.