# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1173**　　　　　　　　　　　　　　　　**September Term, 2023**

**Filed On: June 13, 2024** [2059730]

In re: Donald R. Cowan,

　　　　Petitioner

### O R D E R

Upon consideration of petitioner's motion for leave to file electronically, it is

**ORDERED** that the motion be granted. Petitioner is permitted to participate as an ECF filer in the court's Case Management/Electronic Case Files system so long as he is not represented by an attorney. See D.C. Cir. Rule 25(b)(2). Before filing electronically, petitioner must submit to the court a NextGen non-attorney e-file registration through the PACER web site.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Catherine J. Lavender
　　　Deputy Clerk