UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA

Donald R. Cowan,

   Plaintiff,

    v.

Joel Taubenblatt, Bureau Chief,
Wireless Telecommunications Bureau of the
Federal Communications Commission,

   Defendant.

Case No: 24-1173

## MOTION FOR LEAVE TO AMEND PETITON FOR DECLARATORY JUDGMENT AND WRIT OF PROHIBITION

Petitioner moves for leave to amend his Petition currently being reviewed by this Court. After reviewing the local rules of the Court Petitioner has determined that his initial Petition is procedurally and fatally flawed and needs Amending to be in compliance with the Court.

Petitioner has filed the Amended Petition in a separate filing for review.

Respectfully Submitted,

*/s/ Donald R. Cowan*
Donald R. Cowan, Plaintiff
3768 SE 48th PL
Oklahoma City, Oklahoma 73135
(405) 708-1756 | Cowan.Radio@gmail.com

**<u>Certificate of Service</u>**


I hereby certify that the attached "Motion for leave to Amend Petition for Declaratory Judgment and Writ of Prohibition" was electronically filed wit the Clerk of the Court on June 20, 2024



 /s/ Donald R. Cowan
Donald R. Cowan, Plaintiff
3768 SE 48th PL
Oklahoma City, Oklahoma 73135
(405) 708-1756 | Cowan.Radio@gmail.com