UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** In re: Donald R. Cowan

v.

**Case No:** 24-1173

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained   ◯ Pro Bono   ◯ Appointed (CJA/FPD)   ⦿ Gov't counsel for the ◯ Appellant(s)/Petitioner(s)   ⦿ Appellee(s)/Respondent(s)   ◯ Intervenor(s)   ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Federal Communications Commission

### Counsel Information

**Lead Counsel:** Sarah E. Citrin

**Direct Phone:** ( 202 ) 418-1537   **Fax:** (____) _____   **Email:** sarah.citrin@fcc.gov

**2nd Counsel:**

**Direct Phone:** (____) _____   **Fax:** (____) _____   **Email:**

**3rd Counsel:**

**Direct Phone:** (____) _____   **Fax:** (____) _____   **Email:**

**Firm Name:** Federal Communications Commission

**Firm Address:** 45 L Street NE, Washington, DC 20554

**Firm Phone:** ( 202 ) 418-1740   **Fax:** (____) _____   **Email:** fcclitigation@fcc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)