UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Donald R. Cowan,<br><br>　Petitioner,<br><br>　　v.<br><br>Federal Communications Commission,<br><br>　Respondent. | Case No: 24-1173 |

### Certificate of Service

　　Petitioner Certifies that he has served the attached "Notice of Constitutional Question" on July 15, 2024 upon the Attorney General of the State of Oklahoma, by US Mail Postage Prepaid, to wit:

Gentner Drummond
Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105

contact@oag.ok.gov

　　　　　　　　　　　　　　　　　　　　　　/s/ *Donald R. Cowan*
　　　　　　　　　　　　　　　　　　　　　　Donald R. Cowan, Plaintiff
　　　　　　　　　　　　　　　　　　　　　　3768 SE 48th PL
　　　　　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73135
　　　　　　　　　　　　　　　　　　　　　　(405) 708-1756 | Cowan.Radio@gmail.com