# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1173**                                                  **September Term, 2023**

**Filed On:** August 21, 2024

In re: Donald R. Cowan,

        Petitioner

       **BEFORE:**    Katsas, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of prohibition; the motion to amend the petition and the lodged amended petition; the motion to proceed in forma pauperis; and the motion to appoint counsel, it is

**ORDERED** that the motion to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the motion to appoint counsel be denied. In civil cases, petitioners are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion to amend the petition for writ of prohibition be granted. The Clerk is directed to file the lodged amended petition. It is

**FURTHER ORDERED** that the amended petition for writ of prohibition be denied. To the extent that petitioner seeks to require the Federal Communications Commission ("FCC") to act on his pending application, he has not shown that the FCC's alleged delay at this time is so egregious or unreasonable as to warrant such extraordinary relief. See, e.g., Telecomm. Research & Action Ctr. v. FCC, 750 F.2d 70, 79–80 (D.C. Cir. 1984). Likewise, to the extent that petitioner seeks to dictate the outcome of the FCC's ultimate decision, he has not shown that the FCC has a "crystal-clear legal duty" to disregard his conviction or to grant his pending application. In re Nat'l Nurses United, 47 F.4th 746, 752 (D.C. Cir. 2022).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

BY:   /s/
       Selena R. Gancasz
       Deputy Clerk